UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPREHENSIVE PHARMACY SERVICES, INC. )<br>and SHAWN DARSHAN PAREKH, )<br>)<br>Defendants. ) | Case No.: 1:12-cv-10850-MLW |

JOINT MOTION TO RE-OPEN CASE FOR PURPOSE OF ENTERING MODIFIED
ORDER OF DISMISSAL

The parties, Plaintiff Peter Anderson and Defendants Comprehensive Pharmacy Services, Inc. and Shawn Darshan Parekh jointly move this Honorable Court under Fed. R. Civ. P. 60(b)(6) for an order to re-open this case for the sole purpose of entering a modified Order of Dismissal.

On December 20, 2013 this court was advised by then Magistrate Judge Leo T. Sorokin that the parties had reached a settlement in this case (Docket Entry No. 45). Thereafter, on January 31, 2014, this Court entered an Order of Dismissal dismissing this action without prejudice (Docket Entry No. 46).

Subsequently, the parties finalized the terms of the settlement in a formal settlement agreement now executed by all parties. One of the terms of the formal settlement agreement is that this action be dismissed with prejudice. Therefore, the parties are hereby requesting that this case be re-opened for the sole purpose of allowing an Order of Dismissal with

*ALLOWED*
*Wolf, DJ*
*April 16, 2014*