UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPREHENSIVE PHARMACY SERVICES, INC. )<br>and SHAWN DARSHAN PAREKH, )<br>)<br>Defendants. ) | Case No.: 1:12-cv-10850-MLW |

MODIFIED ORDER OF DISMISSAL

As this Court entered an Order of Dismissal <u>without</u> prejudice on January 31, 2014 (Docket Entry No. 46), and as the parties have now jointly requested that this Court dismiss Plaintiff's Complaint <u>with</u> prejudice since all controversies and disputes between the parties have been satisfactorily resolved as evidenced by a formal settlement agreement executed by all parties, this Court hereby modifies its previous Order of Dismissal (Docket Entry No. 46) and does hereby DISMISS, WITH PREJUDICE, the Plaintiff's complaint with each party bearing its own court costs and attorney's fees.

ENTERED this the 16th day of April 2014.

Mark L. Wolf
United States District Court Judge